UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
RICHARD SMOLOWITZ and ROSE
SMOLOWITZ,

      Plaintiffs,

      -against-

THE SHERWIN-WILLIAMS COMPANY,
et al.,

      Defendants.
------------------------------------------------------X

NOT FOR PUBLICATION

MEMORANDUM & ORDER

02-CV-5940

AMON, United States District Judge:

Courtroom View Network ("CVN") moves for permission pursuant to Local Civil Rule 1.8 of this Court to record and provide audio-visual coverage of the hearing on defendants' motion for summary judgment currently scheduled in the above-captioned case for September 5, 2008. Local Rule 1.8, entitled "Photographs, Radio, Recordings, Television", states:

> No one other than court officials engaged in the conduct of court business shall bring any camera, transmitter, receiver, portable telephone or recording device into any courthouse or its environs without written permission of a judge of that court.

E.D.N.Y. Civ. R. 1.8.

The Court has full discretion to grant or deny CVN's request. See Hamilton v. Accu-Tek, 942 F.Supp. 136, 137 (E.D.N.Y. 1996) ("Decisions interpreting [former Local General Rule 7] affirm the authority of each judge to permit with conditions, or deny, television recording or broadcasting from the courtroom over which she or he presides."); see also Williams v. New York City Police Dept., No. 94 Civ. 6234, 1997 WL 361974, *1 (S.D.N.Y. June 27, 1997) (recognizing that under Local Rule 1.8 the Court has "full discretion to permit or

reject television coverage"). The Court has reviewed CVN's letter and chooses to exercise its discretion to deny CVN's application.

SO ORDERED.

Dated: Brooklyn, New York
August 21, 2008

                                              s/Hon. Carol B. Amon
                                              Carol Bagley Amon
                                              United States District Judge